**Robert Stempler**, Cal. Bar No. 160299                                    JS-6
Email: Robert@StopCollectionHarassment.com
CONSUMER LAW OFFICE OF
ROBERT STEMPLER, APLC
P.O. Box 1721
Palm Springs, CA 92263-1721
Telephone (760) 422-2200
Fax: (760) 479-5957

Counsel for Plaintiffs

TOD V. BEEBE, APC (State Bar No. 100265)
Barton, Klugman & Oetting, LLP
350 South Grand Avenue
Suite 2200
Los Angeles, California 90071
Telephone (213) 621-4000
Facsimile (213) 625-1832

Attorneys for WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAHAG MINASSIAN and SATIK MINASSIAN, <br><br> Plaintiffs, <br><br> vs. <br><br> WELLS FARGO BANK, N.A.; et al.; <br><br> Defendants. | Case No.   CV 09-00390 VBF (SSx) <br><br> ORDER DISMISSING ENTIRE ACTION, AS STIPULATED BY THE PARTIES |

///

///

///

- 1 -

1    Pursuant to rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, as

2 stipulated by the parties:

3    IT IS ORDERED that the entire action be dismissed with prejudice and that

4 no party may file a bill of costs or motion for attorneys fees against the other with

5 respect to this dismissal.

6    The OSC RE DISMISSAL, set for December 7, 2009 at 8:30 AM, shall be

7 taken off calendar.

8

9    **IT IS SO ORDERED**.

10

11 DATED: December 4, 2009

12

13    _____

14    VALERIE BAKER FAIRBANK
      United States District Judge